# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 4 2015

David J. Bradley, Clerk of Court

| | |
|---|---|
| ROSA MARIA BRIONES,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§  Civil Action No. B-14-84<br>§  (Criminal No. B-12-79-5)<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED,** and **DECREED** that Briones's § 2255 Motion (Dkt. No. 1) is **DISMISSED** with prejudice. A certificate of appealability shall not issue.

Signed on this __21__ day of __August__, 2015.

_____
Hilda Tagle
Senior United States District Judge